FILED

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CONNIE HUMES, | Cause No.: DA 21-0422 |
| Plaintiff/Appellant, | |
| vs. | **ORDER GRANTING APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| FARMERS INSURANCE EXCHANGE and MID-CENTURY INSURANCE COMPANY, | |
| Defendants/Appellees. | |

Upon unopposed motion by the Defendant/Appellees, and with good consideration,

IT IS HEREBY ORDERED that Appellees' motion requesting a 30-day extension of time to file their answer brief is GRANTED. Appellees have up to and including February 14, 20022 in which to file their brief.

Dated this _____ day of January 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2022